UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**FRIENDSHIP PARTNERSHIP, LLC,**
**d/b/a JJ Fish**

        **Plaintiff,**

    **V.**                              Case No. 05-C-1213

**JIHAD ZABLAH,**

        **Defendant.**

# DECISION AND ORDER

The above-entitled action is hereby dismissed without prejudice because the defendant has failed to file an answer or otherwise defend the action and the plaintiff has not moved for a default judgment (E.D. Wis. Civil L.R. 41.2).

Dated at Milwaukee, Wisconsin, this 14th day of June, 2006.

                                            **SO ORDERED,**

                                            **s/ Rudolph T. Randa**
                                            **HON. RUDOLPH T. RANDA**
                                            Chief Judge